```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**MOHAMMAD IMRAN,**

                  **Plaintiff,**

      - against –

**Bari Restaurant & Party Hall,**
**Bari Super Market LLC,**
**Asef Bari Tutul,**
**Munmun Hasina Bari,**

                  **Defendants.**

**25-cv-4351 (JGK)**

**ORDER**

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The time for the plaintiff to serve the summons and complaint is extended to September 22, 2025. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for September 10, 2025 is canceled.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **August 28, 2025**

                                              /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                    **United States District Judge**