UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mohammad Imran,

          Plaintiff,

- against -

Bari Restaurant & Party Hall, et al.,

          Defendants.

25-cv-4351 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was October 9, 2025. To date, no answer has been filed.

The time for the defendants to answer or respond to the complaint is extended to **October 27, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on the defendants and file proof of service on the docket by **October 17, 2025.**

SO ORDERED.

Dated:    New York, New York
            October 13, 2025

                                              John G. Koeltl
                                      United States District Judge