```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

MOHAMMAD IMRAN,                                    25-cv-4351 (JGK)

           Plaintiff,                           <u>ORDER</u>

    - against -

BARI RESTAURANT & PARTY HALL, ET AL.,

           Defendants.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was extended once to October 27, 2025. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **November 21, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by **November 12, 2025.**

In light of the plaintiff's service on September 22, 2024, ECF Nos. 13-15, the Order to extend the plaintiff's time to serve, ECF No. 18, is vacated.

**SO ORDERED.**

Dated:    New York, New York
          November 7, 2025

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                              United States District Judge