UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

Mohammad Imran,                          25-cv-4351 (JGK)

                    Plaintiff,            ORDER

          - against -

Bali Restaurant & Party Hall, ET
AL.,

                    Defendants.

————————————————————————————

JOHN G. KOELTL, District Judge:

     The original time for the defendants in this action to answer was October 9, 2025. On October 13, 2025, and then again on November 7, 2025, this Court extended the time for the defendants to answer or respond to the complaint. ECF Nos. 16, 25.

     To date, no answers have been filed. Accordingly, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **December 10, 2025.**

SO ORDERED.

Dated:    New York, New York
          November 26, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge