UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Mohammad Imran,

                    Plaintiff,

      - against -

Bari Restaurant & Party Hall, et
al.,
                  Defendants.
_____

25-cv-4351 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **January 9, 2026.**

SO ORDERED.

Dated:    New York, New York
          December 17, 2025

                          John G. Koeltl
               United States District Judge