# AZAM & HERTZ, LLP
## ATTORNEYS AT LAW

75-35 31ST AVENUE, SUITE 201
JACKSON HEIGHTS, NEW YORK 11370

TEL: 718-672-8115
TEL: 917-825-4042 AZAM
TEL: 516-650-5297 HERTZ
FAX: 718-744-2300

KHALID M. AZAM,LLM. (NYU)     azamlaw@yahoo.com
GERALD M. HERTZ,LLM. (NYU)    gmh212@aol.com

January 09, 2026

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Request For Extension of Time to File Proposed Order to Show Cause
    For a Default Judgment
    Case No. 1:25- CV -04351-JGK
    Mohammad Imran V. Bari Restaurant & Party Hall ET'AL
    Your Order dated 12-18-2025 ECF. Doc # 28

Dear Hon., Judge:

This is with reference to the Court Order dated 12-18-2025 (Ecf. Doc. # 28) wherein I was directed to file a proposed Order To Show Cause for a Default Judgment by January 09, 2026. It is requested to extend the time to file that Proposed Order To Show Cause for the following reasons.

1. I am trying to meet the deadlines for other cases.
2. My wife is in the Hospital since Tuesday morning.

It is requested that the time for filing the Proposed Order To show Cause be extended for two to three weeks. Thank you very much for your consideration.

Respectfully Submitted,

KHALID M. AZAM
Attorney for the Plaintiff.

BY: Electronic Case Filing.

*Time to file the order to show Cause for a default judgment extended to January 26, 2026. So ordered.*
*JGK USDJ*
*1/12/26.*