# AZAM & HERTZ, LLP

## ATTORNEYS AT LAW

75-35 31ˢᵀ AVENUE, SUITE 201
JACKSON HEIGHTS, NEW YORK 11370

TEL: 718-672-8115
TEL: 917-825-4042 AZAM
TEL: 516-650-5297 HERTZ
FAX: 718-744-2300

KHALID M. AZAM, LLM. (NYU)    azamlaw@yahoo.com
GERALD M. HERTZ, LLM. (NYU)    gmh212@aol.com

March 05, 2026

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten annotation: Time to file an order to show Cause for a default judgment extended to March 30, 2026. No further extensions. So ordered. [signed] JK [initials] U.S.D.J. 3/6/26]*

RE: Request For Further Extension of Time to File Proposed Order to Show
Cause For a Default Judgment
Case No. 1:25- CV -04351-JGK
Mohammad Imran V. Bari Restaurant & Party Hall ET'AL
Your Order dated 12-18-2025 ECF. Doc # 28

Dear Hon., Judge:

This is in continuation of my previous letters dated January 09, 2026, and dated January 21, 2026, requesting Extensions of time to file a Proposed Order To Show Cause for Default Judgment in the above case. I am grateful that your Honor had granted me extension of time to March 06, 2026.

I, feel bad that I have to request your Honor to further extend the time to file the proposed Order To Show Cause, because I am requesting 3ʳᵈ time, the same request. This time I have given time to my client to come to my office on Saturday so that I can go with him the details of the case and prepare his Affidavit to be attached to the OSC. Unfortunately, he could not come.

On Monday March 2, 2026, in the early night hours while I sat in the car to drive home, someone in the car came fast and hit my car and its front was seriously damaged, the front bumper was on the ground. My right hand got sever impact and I felt pain and later swelling. This was hit and run case, the other car driver ran quickly with the car after the accident. My car has lot of damage in the front. My hand is improving.

# AZAM & HERTZ, LLP

### ATTORNEYS AT LAW

75-35 31ˢᵀ AVENUE, SUITE 201          TEL: 718-672-8115
JACKSON HEIGHTS, NEW YORK 11370       TEL: 917-825-4042 AZAM
                                      TEL: 516-650-5297 HERTZ
                                      FAX: 718-744-2300

---

KHALID M. AZAM, LLM. (NYU)    azamlaw@yahoo.com
GERALD M. HERTZ, LLM. (NYU)   gmh212@aol.com

Letter Dated 3-5-2026
To US District Court SD NY
Case No. 1:25-CV–04351-JGK

Under the above mentioned circumstances, I have to request your Honor to further extend the time to file the proposed Order To Show Cause for Judgment of Default. I should also mention here that this month of Ramazan and at the end of that, on Friday March 20, 2026, there is celebration of Eid, a religious holiday.

It is requested that the time for filing the Proposed Order To show Cause be extended towards the end of March or beginning of April. Thank you very much for your kind consideration.

Respectfully Submitted,

KHALID M. AZAM
Attorney for the Plaintiff.

BY: Electronic Case Filing.