# AZAM & HERTZ, LLP
## ATTORNEYS AT LAW

75-35 31ST AVENUE, SUITE 201
JACKSON HEIGHTS, NEW YORK 11370

TEL: 718-672-8115
TEL: 917-825-4042 AZAM
TEL: 516-650-5297 HERTZ
FAX: 718-744-2300

KHALID M. AZAM, LLM. (NYU)     azamlaw@yahoo.com
GERALD M. HERTZ, LLM. (NYU)    gmh212@aol.com

May 13, 2026

United States District Court

Southern District of New York

500 Pearl Street
New York, NY 10007

*[Handwritten note: Time & file the proposed Order to Show Cause for a Default Judgment extended to May 18, 2026. So ordered. /s/ JGK Koeltl U.S.D.J. 5/14/26]*

RE: Filing of Default Judgment against Defendants
   Case No. 1:25- CV -04351-JGK
   Mohammad Imran V. Bari Restaurant & Party Hall Et'al
   Request For Extension of Time to file OSC for Default Judgment

Dear Hon. Judge John G. Koeltl:

I had filed the Proposed Certificate of Default by the Clerk of the Court to be filed with the Order To Show Cause and the proposed Default Judgment, as required by your Honor. When I filed those proposed Certificates of Default, the office of the Clerk of the Court wanted changes and corrections. I refiled the proposed Certificates of Default for four Defendants separately including all the details required by the Clerk of the Court under ECF #s 40 to 43, and worked last night till 1:30 A.M. to file those.

The time extension for filing the OSC and Default Judgment with the Certificate of Default expires today, May 13, 2026. I do not know how much time the Clerk of the Court will take to issue those Certificates of Default.

Therefore, I have to request your Honor to give an extension of time to file the Proposed OSC and related documents. I humbly request to give some time extension to file OSC and related documents. THANKS for your consideration.

Respectfully Submitted,

KHALID M. AZAM
Attorney For Plaintiff

BY: Electronic Case Filing.