UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAMMAD IMRAN,

               Plaintiff,

     - against -

BARI RESTAURANT & PARTY HALL,
ET AL.,

               Defendants.

25-cv-4351 (JGK)

ORDER

---

**John G. Koeltl, District Judge:**

The plaintiff has repeatedly failed to comply with the Court's straight-forward directions to file a proposed order to show cause for a default judgment and has requested five extensions of time to do so. See ECF No. 28–45.

The most recent extension extended the deadline to May 18, 2026, and the Court repeatedly warned the plaintiff that failure to comply could result in dismissal for failure to prosecute. To date, the plaintiff has not filed a proposed order to show cause that complies with the Court's rules.

Accordingly, the complaint is **dismissed without prejudice**. The Clerk is respectfully requested to enter judgment dismissing the complaint without prejudice and to close the case.

SO ORDERED.

Dated:    New York, New York
          June 1, 2026

                         John G. Koeltl
               United States District Judge