UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD IMRAN,,

                           Plaintiff,

            -against-

BARI RESTAURANT & PARTY HALL, ET AL.,

                        Defendant.

25 CIVIL 04351 (JGK)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated June 1, 2026, the complaint is dismissed without prejudice.; accordingly, the case is closed.

**Dated:**  New York, New York
          June 2, 2026

                                 **TAMMI M. HELLWIG**
                                 **Clerk of Court**

**BY:**

                                 **Deputy Clerk**